E-FILED
Wednesday, 24 May, 2006  11:50:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOYCE BANKS, GIRTHA GULLEY, OSCAR PENN, ROBERT GRUBBS, STAN MACLIN and HIRAM WALKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 87-2371 |
| CITY OF PEORIA, ILLINOIS and the PEORIA ELECTION COMMISSION, | ) ) ) ) | |
| Defendants. | ) | |

FILED
MAY 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### MOTION TO AMEND THE AMENDED FINAL CONSENT DECREE ENTERED IN THIS CASE ON AUGUST 10, 1988

Now comes the Board of Election Commissioners of the City of Peoria, (hereinafter the Peoria Election Commission) one of the Defendants in the above captioned cause, by its attorney, Robert G. Day, Jr., and moves this court for the entry of an order amending the Amended Final Consent Decree entered in this case on August 10, 1988 and for reasons states as follows:

1.  That on August 10, 1988, this court entered in this case a document entitled Amended Final Consent Decree And Full Resolution Of Action which document incorporated "Amended Exhibit B", which was entitled "Amended Electoral Structure For The City Council" (Copies of both of these documents are attached hereto.) Amended Exhibit B provided that the City Council of the City of Peoria shall consist of 5 members elected from single-member districts and 5 members elected at-large.

2.  That said Amended Final Consent Decree provided that the 5 at-large City Council seats shall be elected by means of cumulative voting such that each voter may vote for one, two, three, four or five candidates at such election.

Amended Exhibit B to the said Consent Decree specifically stated in part as follows with regard to such cumulative voting:

> "If a voter votes for just one candidate, that candidate shall receive five votes. If a voter votes for just two candidates, each of those candidates shall receive 2½ votes. If a voter votes for just three candidates, each of those candidates shall receive 1 2/3 votes. If a voter votes for four candidates, each of those candidates shall receive 1¼ votes. If a voter votes for five candidates, each of those candidates shall receive 1 vote. The maximum number of votes each voter may cast in the at-large elections will be five. The five candidates who receive the highest number of votes in the general election will be declared the winners of the at-large seats."

3.  That on December 21, 2005, the Peoria Election Commission entered into an agreement with Hart Intercivic, Inc. for the purchase of Hart's e Slate Electronic Voting System (hereinafter referred to as the e Slate Voting System) for the purpose of conducting elections within the City of Peoria, including, but not limited to, elections for the 5 at-large City Council seats referred to in paragraph 1 above.

4.  That the e Slate Voting System is a Direct Recording Electronic Voting System as that term is defined in Section 24 C-2 of the Illinois Election Code (10 ILCS 5/24C-2), which system provides for the casting and counting of votes by the use of electronic equipment.

5.  That Section 24 C-12 of the Illinois Election Code (10 ILCS 5/24C-12) provides, in part, that the voter shall cast his ballot on the Direct Recording Electronic Voting System at the polling place and that the counting and tallying of the votes cast on the Direct Recording Electronic Voting System shall be performed by such voting system at the polling location where such equipment is located, after the close of the polls on election day. Said Section 24C-12 further provides that the totals of votes cast for all candidates and propositions, after

2

being tabulated by such equipment, shall be printed out by the automatic tabulating equipment and one copy of such vote totals print out shall be posted in a conspicuous place inside the polling place. Said Section 24C-12 further states that "every effort shall be made by the judges of election to provide a copy for each authorized poll watcher or other official authorized to be present in the polling place to observe the counting of the ballots; but in no case shall the number of copies to be made available to poll watchers be fewer than four, chosen by lot by the judges of election. In addition, sufficient time shall be provided by the judges of election to the poll watchers to allow them to copy information from the copy which has been posted." (a copy of Section 24C-12 is attached hereto for reference)

6. That Hart Intercivic, Inc. has determined that a significant redevelopment effort would be required to re-engineer the tabulation routines within the e Slate Voting System firmware to accommodate the counting of Peoria's fractional cumulative voting (FCV) at the precinct level. Hart is also concerned that because the results of a write-in adjudication are not entered into the system at the precinct, the FCV results produced at the precinct would be incorrect.

7. That Hart Intercivic, Inc. has determined that its voting system equipment can be programmed to accurately count and tally fractional cumulative votes cast at Peoria's at-large City Council elections by counting and tabulating those votes at a central location, as opposed to counting and tabulating those votes at the precinct polling places. For this reason, the Peoria Election Commission moves this court for the entry of an Order to amend the Amended

3

Final Consent Decree in this case by adding to said Consent Decree a provision which would authorize the Peoria Election Commission to count and tally all votes cast in elections for at-large City Council seats at said Commission's central office location at 542 S.W. Adams Street, Peoria, Illinois or at such other central location where said Election Commission may have its office in the future.

8. That the amendment proposed by this Motion will in no way change the method of electing at-large Peoria City Council members by cumulative voting as set forth in this Court's Amended Final Consent Decree which was entered in this case on August 10, 1988.

Wherefore, Defendant, Peoria Election Commission, respectfully moves that this court enter an Order amending the Amended Final Consent Decree And Full Resolution Of Action previously entered in this case by providing that votes cast in elections for at-large Peoria City Council seats in the General and Primary Elections for those seats may be counted and tallied at the office of the Peoria Election Commissioner in Peoria, Illinois.

> Board of Election Commissioners of the
> City of Peoria,
> Defendant
>
> By: *Robert G. Day Jr.*
> Robert G. Day, Jr., its attorney

Attorney for Board of Election Commissioners
of the City of Peoria
Robert G. Day, Jr.
201 W. McClure Ave.
Peoria, IL 61604
(309) 685-2326