UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 1 0 1988
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOYCE BANKS, et al. )
            )
    Plaintiffs, )
            )
  vs.        )   NO. 87-2371
            )
CITY OF PEORIA, et al. )
            )
    Defendants. )

AMENDED FINAL CONSENT DECREE AND
FULL RESOLUTION OF ACTION

Hearing on the fairness and adequacy of this Consent Decree having been held, the court having considered the arguments and presentations of all who appeared at that hearing, and being fully apprised,

THE COURT FINDS:

1.  This Court has jurisdiction over the subject matter of this action and the parties thereto.

2.  The provisions of this Consent Decree are fair, adequate and reasonable and are not contrary to the laws of the State of Illinois or Federal Law.

3.  This Consent Decree is in the best interest of the parties and the public.

THEREFORE, THE COURT ORDERS AND DECREES:

1.  The City of Peoria shall hereafter be governed by a City Council elected as set forth in Amended Exhibit B.

2.  The present members of the City Council shall continue in office until the expiration of their terms and the election and qualification of their successors under the electoral structure set forth in Amended Exhibit B. The calendar and

schedule for elections under the new electoral structure shall comply with Illinois election law.

3. The Election Commission of the City of Peoria is authorized and ordered to comply with the terms of this Consent D_ee and to conduct elections in accordance with the terms of this Consent Decree.

4. The plaintiffs are prevailing parties for purposes of an award of attorneys' fees and costs and the parties agree to the payment of $82,000.00 as and for fees and costs. Judgement is hereby entered in favor of plaintiffs and against defendant City of Peoria in the amount of $82,000.00.

5. This Court retains jurisdiction of this case for purposes of supervising the implementation of this Consent Decree.

6. Upon approval of this Consent Decree notice of the approval shall be effectuated to all members of the class by publication of notice of the entry of the Consent Decree by the Defendant.

DATE: _August 10, 1988_                  _____
                                                 JUDGE

2.