UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOYCE BANKS, et al.          )
                             )
        Plaintiffs,          )
                             )
    vs.                      )      NO. 87-2371
                             )
CITY OF PEORIA, et al.       )
                             )
        Defendants.          )

## AMENDED ELECTORAL STRUCTURE
## FOR THE CITY COUNCIL

The City Council of the City of Peoria shall hereafter be elected as follows:

1.  The Mayor of the City of Peoria will continue to serve a 4 year term and will continue to be elected at-large.

2.  There will continue to be 5 members of the City council elected from single-member districts. The 5 districts as currently in place in the City of Peoria will remain un-distrubed at this time and would continue to be reapportioned after every decennial census. The terms of the current members of this City Council elected from these districts will not be disturbed.

3.  In the 1991 election there will be five at-large City Council seats up for election and the at-large general and primary election for those seats will be by means of cumulative voting. That is, each voter may vote for one, two, three, four or five candidates at such election. If a voter votes for just one candidate, that candidate shall receive five votes. If a voter votes for just two candidates each of those candidates shall receive 2½ votes. If a voter votes for just three candidates each of those candidates shall receive

AMENDED EXHIBIT B

1 2/3 votes. If a voter votes for just four candidates each of those candidates shall receive 1 1/4 votes. If a voter votes for five candidates each of those candidates shall receive 1 vote. The maximum number of votes each voter may cast in the at-large elections will be five. The five candidates who receive the highest number of votes in the general election will be declared the winners of the at-large seats.

4. There will continue to be primary elections for the at-large Council seats to reduce the candidate field down to ten and, for the district elections, down to two.

5. The elections in all other respects will be governed by the law of the State of Illinois.

> JOYCE BANKS, GIRTHA GULLEY,
> OSCAR PENN, ROBERT GRUBBS,
> STAN MACLIN and HIRAM WALKER,
> Plaintiffs,
>
> BY _____
>      DONALD M. CRAVEN

JAMES C. CRAVEN, P.C.
1300 So. Eighth Street
Springfield, IL 62705
217/544-1777

WILLIAM L. ROBINSON
FRANK R. PARKER
SAMUEL ISSACHAROFF
ROBERT B. McDUFF
Lawyers' Committee for Civil Rights
 Under Law
1400 Eye Street, N.W., Suite 400
Washington, DC  20005

DENNIS C. HAYES
Assistant General Counsel
National Association for the Advancement
 of Colored People
4805 Mt. Hope Drive
Baltimore, Maryland  21215

2.

CITY OF PEORIA, Defendant

BY _____
    JAMES J. CASEY

JAMES J. CASEY
ROY DAVIS
Keck, Mahin & Cate
Peoria Savings Plaza
Suite 640
Peoria, IL 61602
309/673-1681

DAVID L. THOMAS
Corporation Counsel
City Hall
419 Fulton Street
Peoria, IL 61602
309/672-8520