UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOYCE BANKS, GIRTHA GULLEY, OSCAR PENN, ROBERT GRUBBS, STAN MACLIN and HIRAM WALKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 87-2371 |
| CITY OF PEORIA, ILLINOIS and the PEORIA ELECTION COMMISSION, | ) ) ) ) | |
| Defendants. | ) | |

**FILED**
MAY 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### SUGGESTION OF THE DEATH OF CERTAIN PLAINTIFFS

Now comes the Board of Election Commissioners of the City of Peoria, (hereinafter the Peoria Election Commission) one of the Defendants in the above captioned cause, by its attorney, Robert G. Day, Jr., and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure (28 U.S.C.A. Rule 25) suggests the death of the following Plaintiffs: Girtha Gulley, Oscar Penn and Hiram Walker.

Peoria Election Commission,
Defendant

By *Robert G. Day Jr.*
Robert G. Day, Jr., its attorney

Attorney for Peoria Election Commission
Robert G. Day, Jr.
201 W. McClure Ave.
Peoria, IL 61604
(309) 685-2326