E-FILED
Thursday, 19 October, 2006 11:34:52 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

JOYCE BANKS, GIRTHA GULLEY, OSCAR PENN, ROBERT GRUBBS, STAN MACLIN and HIRAM WALKER,

Plaintiffs,

vs.

CITY OF PEORIA, ILLINOIS and the PEORIA ELECTION COMMISSION,

Defendants.

Case No. 87-2371

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S SECOND MOTION TO AMEND THE AMENDED FINAL CONSENT DECREE**

I, Dianne Felts, state that I am of legal age and under no legal disability and that the facts stated in this Affidavit are based on my own person knowledge and are true and correct and that if called to testify in this case I could and would competently testify to the following facts:

1. That I am the Director of Voting Systems and Standards for the Illinois State Board of Elections which is located at 1020 Spring Street, Springfield, IL 62708.

2. That in my capacity as the Director of Voting Systems and Standards I am in charge of testing voting equipment and voting systems for use by the various election authorities in the State of Illinois to verify that the voting systems and voting equipment which will be used by election authorities in Illinois will meet or exceed the 2002 voting system standards established by the federal Help America Vote Act of 2002, 42 USC15301.