3. That as of the date of this Affidavit there is no election system that has been approved for use by the Illinois State Board of Elections which is capable of counting and tallying cumulative votes at each precinct where the cumulative votes have been cast. By the use of the term 'cumulative votes' I am referring to the type of election conducted in the City of Peoria, Illinois for the election of said City's five at-large City Council seats such that each voter may vote for one, two, three, four or five candidates in such a way that if the voter votes for just one candidate, that candidate shall receive five votes and if the voter votes for just two candidates, those two candidates shall receive 2½ votes and if the voter votes for just three candidates, those three candidates shall each receive 1 2/3 votes and if the voter votes for just four candidates, each candidate receives 1¼ votes, and if the voter votes for five candidates, each candidate receives 1 vote.

4. That as of the date of this Affidavit, there has been only one voting system tested by the Illinois State Board of Elections for the purpose of determining whether such system is capable of counting and tallying cumulative votes and the manufacturer of that voting system is Hart Intercivic, Inc. ("Hart"). That Hart voting system is not capable of counting and tallying cumulative votes at the precinct where the votes were cast, but it is capable of counting and tallying cumulative votes at a central location after the close of the polls on election day. This Hart voting system, referred to by Hart as the e Slate Voting System, has been tested by the Illinois State Board of Elections and said testing