has determined that this voting system is capable of accurately counting and tallying cumulative votes at a central location.

5. That as of the date of this Affidavit there is no election system or voting equipment that has been approved by the Illinois State Board of Elections for use in the State of Illinois for the counting and tallying of cumulative votes at the precinct where such cumulative votes were cast.

Dated this 26th day of September 2006.

Respectfully Submitted,

*Dianne Felts*

Dianne Felts,
Director of Voting Systems
and Standards for the Illinois State
Board of Elections

[Notary Seal: CHERYL KAY WALKER, MY COMMISSION EXPIRES MARCH 4, 2010]

Subscribed and Sworn to before me by Dianne Felts on this 26th day of September, 2006.

*Cheryl Kay Walker*
Notary Public