E-FILED
Monday, 01 August, 2016 01:24:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOYCE BANKS, et al. )
      Plaintiffs, )
   vs. ) NO. 87-2371
CITY OF PEORIA, et al. )
      Defendants. )

FILED
AUG 1 0 1988
JOHN M. WATERS, Clerk
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## AMENDED FINAL CONSENT DECREE AND FULL RESOLUTION OF ACTION

Hearing on the fairness and adequacy of this Consent Decree having been held, the court having considered the arguments and presentations of all who appeared at that hearing, and being fully apprised,

THE COURT FINDS:

1. This Court has jurisdiction over the subject matter of this action and the parties thereto.

2. The provisions of this Consent Decree are fair, adequate and reasonable and are not contrary to the laws of the State of Illinois or Federal Law.

3. This Consent Decree is in the best interest of the parties and the public.

THEREFORE, THE COURT ORDERS AND DECREES:

1. The City of Peoria shall hereafter be governed by a City Council elected as set forth in Amended Exhibit B.

2. The present members of the City Council shall continue in office until the expiration of their terms and the election and qualification of their successors under the electoral structure set forth in Amended Exhibit B. The calendar and

schedule for elections under the new electoral structure shall comply with Illinois election law.

3. The Election Commission of the City of Peoria is authorized and ordered to comply with the terms of this Consent D ee and to conduct elections in accordance with the terms of this Consent Decree.

4. The plaintiffs are prevailing parties for purposes of an award of attorneys' fees and costs and the parties agree to the payment of $82,000.00 as and for fees and costs. Judgement is hereby entered in favor of plaintiffs and against defendant City of Peoria in the amount of $82,000.00.

5. This Court retains jurisdiction of this case for purposes of supervising the implementation of this Consent Decree.

6. Upon approval of this Consent Decree notice of the approval shall be effectuated to all members of the class by publication of notice of the entry of the Consent Decree by the Defendant.

DATE: August 10, 1988 _____
JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOYCE BANKS, et al.        )
                           )
         Plaintiffs,       )
                           )
    vs.                    )   NO. 87-2371
                           )
CITY OF PEORIA, et al.     )
                           )
         Defendants.       )

AMENDED ELECTORAL STRUCTURE
FOR THE CITY COUNCIL

The City Council of the City of Peoria shall hereafter be elected as follows:

1. The Mayor of the City of Peoria will continue to serve a 4 year term and will continue to be elected at-large.

2. There will continue to be 5 members of the City council elected from single-member districts. The 5 districts as currently in place in the City of Peoria will remain un-distrubed at this time and would continue to be reapportioned after every decennial census. The terms of the current members of this City Council elected from these districts will not be disturbed.

3. In the 1991 election there will be five at-large City Council seats up for election and the at-large general and primary election for those seats will be by means of cumulative voting. That is, each voter may vote for one, two, three, four or five candidates at such election. If a voter votes for just one candidate, that candidate shall receive five votes. If a voter votes for just two candidates each of those candidates shall receive 2½ votes. If a voter votes for just three candidates each of those candidates shall receive

AMENDED EXHIBIT B

1 2/3 votes. If a voter votes for just four candidates each of those candidates shall receive 1 1/4 votes. If a voter votes for five candidates each of those candidates shall receive 1 vote. The maximum number of votes each voter may cast in the at-large elections will be five. The five candidates who receive the highest number of votes in the general election will be declared the winners of the at-large seats.

4. There will continue to be primary elections for the at-large Council seats to reduce the candidate field down to ten and, for the district elections, down to two.

5. The elections in all other respects will be governed by the law of the State of Illinois.

JOYCE BANKS, GIRTHA GULLEY, OSCAR PENN, ROBERT GRUBBS, STAN MACLIN and HIRAM WALKER, Plaintiffs,

BY  /s/ Donald M. Craven
    DONALD M. CRAVEN

JAMES C. CRAVEN, P.C.
1300 So. Eighth Street
Springfield, IL 62705
217/544-1777

WILLIAM L. ROBINSON
FRANK R. PARKER
SAMUEL ISSACHAROFF
ROBERT B. McDUFF
Lawyers' Committee for Civil Rights
  Under Law
1400 Eye Street, N.W., Suite 400
Washington, DC 20005

DENNIS C. HAYES
Assistant General Counsel
National Association for the Advancement
of Colored People
4805 Mt. Hope Drive
Baltimore, Maryland 21215

CITY OF PEORIA, Defendant

BY _____
    JAMES J. CASEY

JAMES J. CASEY
ROY DAVIS
Keck, Mahin & Cate
Peoria Savings Plaza
Suite 640
Peoria, IL 61602
309/673-1681

DAVID L. THOMAS
Corporation Counsel
City Hall
419 Fulton Street
Peoria, IL 61602
309/672-8520