EXHIBIT 2

E-FILED
Monday, 01 August, 2016 01:24:57 PM
Clerk, U.S. District Court, ILCD

Set for hearing
by T/C.

Law Offices of
# Day and Day
1021 Peoria Savings Plaza
Peoria, Illinois 61602

Robert G. Day, Jr.    Telephone 309-673-8574    Robert G. Day, Sr.
of Counsel

RECEIVED
JUL 22 1988
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

July 20, 1988

Hon. Harold A. Baker
Chief U.S. District Judge
Central District of Illinois
U.S. District Court
Danville, IL 61832

      RE:   Joyce Banks, et al. vs. City of Peoria, Illinois,
            et al., case number 87-2371

Dear Judge Baker:

The Board of Election Commissioners for the City of Peoria is concerned about the language in paragraph 3 of Exhibit B to the Final Consent Decree and Full Resolution of Action which has been entered in the above referenced cause. Exhibit B is entitled Electoral Structure for City Council. Paragraph 3 of said document states that the At-Large city council seats shall be elected by means of cumulative voting. However, we do not feel that the description of how this cumulative voting would work as set out in paragraph 3 is complete enough and we are concerned that it might cause some confusion in the future.

I have discussed our concerns with Dave Thomas, Corporation Counsel for the City of Peoria and he has discussed them with attorney Donald Craven, attorney for the Plaintiffs and attorney James A. Casey, attorney for the City of Peoria. All three of these attorneys agree that Exhibit B should be amended to clearly state that a voter has the right to vote for one, two, three, four or five candidates at the election of the At-Large city council seats. If a voter votes for just one candidate, that candidate shall receive five votes. If a voter votes for just two candidates, each of those candidates will receive 2-1/2 votes. If a voter votes for just three candidates each of those candidates shall receive 1-2/3 votes. If a voter votes for just four candidates each of those candidates shall receive 1-1/4 votes and if a voter votes for five candidates each of those candidates shall receive one vote.

Setting out the above in Amended Exhibit B would make it clear how a voters votes are to be counted based upon the number of candidates for which he votes.

The way paragraph 3 of Exhibit B is presently worded, it is conceivable that a voter could take the position that he wanted to give one candidate four votes and another candidate one vote or one candidate three votes and another candidate two votes or three candidates one vote each and one candidate two votes. All of the attorneys agree that this is not what was contemplated when the Plaintiffs and the City of Peoria agreed to cumulative voting settlement.

We have prepared a document entitled Amended Electoral Structure for the City Council and have designated it as Amended Exhibit B which specifies how a voter's vote will be counted based upon the number of candidates for which he votes at the At-Large election. We have also prepared an Amended Final Consent Decree and Full Resolution of action which refers to Amended Exhibit B. As you can see, these documents are in all other respects exactly the same as the original Final Consent Decree and original Exhibit B. Please enter the Amended Final Consent Decree and Full Resolution of Action and send out a copy of it along with the Amended Exhibit B to attorney Donald Craven, attorney James J. Casey, attorney David Thomas and attorney Robert G. Day.

Please call me or attorney David Thomas if you have any questions concerning the enclosed.

Very truly yours,

Robert G. Day, Attorney
for City Election Commission

RGD/kmb

Encl.